The People of the State of Illinois ex rel. William H. Heyward, individually and as president of and for the Illinois Diamond Cab Company, appellants, v. William E. Dever, mayor of the city of Chicago, et al., appellees. Gen. No. 31,160.

Petition for mandamus to compel issuance of taxicab licenses. Writ denied. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

E. M. Seymour, for appellants. Francis X. Busch, Corporation Counsel, for appellees; Leon Hornstein and James I. McCarthy, Assistant Corporation Counsel, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

John F. Shannon, appellant, v. Michael Nash, appellee. Gen. No. 31,223.

Action for assault and battery. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

James Edgar Brown, for appellant. Edmund J. Rice, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

F. S. Hendricks, trading as F. S. Hendricks & Company, appellee, v. Sam Orner, appellant. Gen. No. 31,243.

Action for breach of written contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and judgment here. Opinion filed March 29, 1927.

Benjamin I. Morris and Morris A. Mills, for appellant. Joel C. Carlson, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Katherine Felke and Anton J. Felke, guardian of the estate of Edwin Felke, plaintiffs in error, v. Joseph Heinzen and Mildred C. Eiseman, individually and trading as Eiseman and Heinzen, defendants in error. Gen. No. 31,253.

Bill of review to correct error on face of record and for accounting. Dismissed for want of equity. Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

Charles W. Lamborn, for plaintiffs in error. Millard C. Eiseman, for defendants in error.

Mr. Justice Fitch delivered the opinion of the court.